UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00442-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOVITA PEDRAZA-AYALA,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#13)** on February 1, 2007 by Defendant Jovita Pedraza-Ayala. The Court construes this Notice as a motion to change her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **April 2, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **February 7, 2007** and the **February 12, 2007** trial date are **VACATED**.

Dated this 2nd day of February, 2007

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge